IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Action No. 07-cr-00352-PAB-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2. JOSE VARELA TERCERO,

    Defendant.

_____

## ORDER
_____

This matter comes before the Court on the Government's Motion to Dismiss Indictment [Docket No. 49], whereby the United States moves to dismiss the indictment in this case as to defendant Jose Varela Tercero in the interests of justice, and the Government's Motion to Quash Arrest Warrant [Docket No. 50].  Wherefore, it is

**ORDERED** that the Government's Motion to Dismiss [Docket No. 49] and the Government's Motion to Quash Arrest Warrant [Docket No. 50] are granted.  It is further

**ORDERED** that, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the Indictment in this case is dismissed as to defendant Jose Varela Tercero only.  It is further

**ORDERED** that the arrest warrant issued on August 22, 2007 [Docket No. 3] is quashed.

DATED December 8, 2014.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge